IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01645-CMA-STV

DAVID SCHOTT,

    Plaintiff,

v.

UNIVERSITY OF DENVER,
VIVA MOFFAT, and
CESAR CUAUHTEMOC GARCIA HERNANDEZ,

    Defendants.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Christine M. Arguello on January 4, 2024, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendants' Motion for Summary Judgment [#68] is GRANTED IN PART.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, University of Denver and against Plaintiff, David Schott's Title IX claims. It is

FURTHER ORDERED that Defendant, University of Denver shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that Plaintiff's remaining claims for lack of subject-matter jurisdiction are DISMISSED without prejudice.

This case is closed.

DATED January 4, 2024

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ M. Smotts
M. Smotts,
Deputy Clerk