IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01645-CMA-STV

DAVID SCHOTT,

    Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado corporation,
VIVA MOFFAT, and
CESAR CUAUHTEMOC GARCIA HERNANDEZ,

    Defendants.

## NOTICE OF APPEAL

Plaintiff David Schott, through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on January 4, 2024.

Date: February 1, 2024

                JESTER GIBSON & MOORE, LLP

                *s/* Denison Goodrich-Schlenker
                Denison Goodrich-Schlenker
                Brian T. Moore
                1999 Broadway, Ste. 3225
                Denver, CO 80202
                dgoodrich@jgllp.com
                bmoore@jgllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February 2024, a true and correct copy of the foregoing **NOTICE OF APPEAL** was served via CM/ECF addressed to the following:

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
Jim Goh
Rayner Mangum
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720.343.7570
Facsimile: 720.343.7559
jgoh@constangy.com
rmangum@constangy.com
*Attorneys for Defendants*

      *s/ Denison Goodrich-Schlenker*
      Denison Goodrich-Schlenker