**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 20, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

DAVID SCHOTT,

Plaintiff - Appellant,

v.

UNIVERSITY OF DENVER; VIVA MOFFAT; CESAR CUAUHTEMOC GARC HERNANDEZ,

Defendants - Appellees.

No. 24-1045
(D.C. No. 1:21-CV-01645-CMA-STV)
(D. Colo.)

---

# ORDER

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b)(1).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk